1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LINDA C. HARTER, CA Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   ANTHONY I. DANIELSON
4  Certified Student Attorney
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700

Attorney for Defendant
ROUGUIATOU CATO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:11-CR-00363-KJN-1 |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION TO CONTINUE TRIAL |
|  | ) CONFIRMATION HEARING AND JURY |
|  | ) TRIAL DATE |
| ROUGUIATOU CATO, | ) |
| Defendant. | ) Date: November 2, 2011 |
|  | ) Time: 9:00 a.m. |
| _____ | ) Judge: Hon. Kendall J. Newman |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Justin Lee, Special Assistant United States Attorney, and Linda C. Harter, Chief Assistant Federal Defender, attorney for ROUGUIATOU CATO, and Certified Student Attorney, Anthony Danielson, that the Court vacate the trial confirmation hearing on November 2, 2011 at 9:00 a.m. and the trial date set for Monday, November 21, 2011 at 9:00 a.m. and set a status conference for

1 | Wednesday, January 4, 2012 at 9:00 a.m.

    The defendant is charged under 18 U.S.C. § 640 - Theft of Government Property, a Class A Misdemeanor, and is currently working with the government toward resolution of this matter. At this time, additional investigation is being conducted by both parties regarding the underlying financial aspects of the case. The outcome of the investigation is expected to determine the terms of resolution. The parties agree that the time should be excluded from the date of this Order until the date of the status conference which is set for January 4, 2012, pursuant to 18 U.S.C. Section § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to prepare). The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. Section § 3161(h)(7)(A).

Dated: October 28, 2011

                                                DANIEL J. BRODERICK
                                                Federal Defender

                                                /s/ Linda C. Harter
                                                LINDA C. HARTER
                                                Chief Assistant Federal Defender
                                                Attorney for Defendant
                                                ROUGUIATOU CATO

                                                /s/ Anthony I. Danielson
                                                ANTHONY I. DANIELSON
                                                Certified Student Attorney

Dated: October 28, 2011         BENJAMIN B. WAGNER
                                                United States Attorney

                                                /s/ Justin Lee
                                                JUSTIN LEE
                                                Special Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated: November 1, 2011

                                                KENDALL J. NEWMAN
                                                UNITED STATES MAGISTRATE JUDGE